# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2762
Lower Tribunal Nos. 08-30847 & 09-9868
_____

**O'Donahue Mairs,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

O'Donahue Mairs, in proper person.

Pamela Jo Bondi, Attorney General, and Eric J. Eves, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and SCALES, JJ.

LOGUE, J.

We treat Appellant's motion as one filed under Florida Rule of Criminal Procedure 3.801 and affirm. We conclude that the trial court properly awarded

Appellant jail credit for the time he served in county jail between the date authorities returned him to jail for violating probation and the date the court sentenced him. This affirmance is without prejudice to Appellant seeking appropriate relief for gain time or prison credit in the appropriate forum.

Affirmed.